ELISE R. SANGUINETTI (SBN 191389)
JAMIE G. GOLDSTEIN (SBN 302479)
**ARIAS SANGUINETTI WANG & TEAM LLP**
2033 N. Main Street, Suite 1000
Walnut Creek, California 94596
Telephone: (510) 629-4877
Facsimile: (510) 291-9742
Elise@aswtlawyers.com
Jamie@aswtlawyers.com
Ncservice@aswtlawyers.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILVIA HALL, individually and as Successor in Interest of the Estate of JIMMY STEVEN HALL,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF MONTEREY; SHERIFF TINA NIETO; GARRETT SANDERS; JEFF HOYNE; JOSEPH BANUELOS; WELLPATH, LLC; PAUL FRANCISCO, M.D.; KRISTEN BRUGHELLI, RN; ASHLEY MARTORELLA, RN; PHILIP WILCOX, PA, DOE 1, DOE 2 and DOES 3-20,<br><br>Defendants. | Case No. 23-cv-05321-CRB<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL AND [~~PROPOSED~~] ORDER** |

///
///
///
///
///
///

1  STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii):

2      IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that: The above-captioned action is voluntarily dismissed against defendants, COUNTY OF MONTEREY and WELLPATH, LLC, with prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

Dated: July 21, 2025    **ARIAS SANGUINETTI WANG & TEAM LLP**

By: */s/ Jamie G. Goldstein*_____
    ELISE R. SANGUINETTI
    JAMIE G. GOLDSTEIN
    *Attorneys for Plaintiffs*

Dated: July 21, 2025    **SUSAN K. BLITCH**
    **COUNTY COUNSEL**

By: */s/ Ellen S. Lyons*_____
    Ellen S. Lyons
    Deputy County Counsel
    *Attorneys for Defendants*
    *County of Monterey; Sheriff Tina Nieto; Garrett*
    *Sanders; Jeff Hoyne; Joseph Banuelos*

Dated: July 21, 2025    **GORDON REES SCULLY MANSUKHANI**

By: */s/ Allison J. Becker*_____
    GREGORY ROUSSO
    LINDSEY ROMANO
    ALLISON BECKER
    *Attorneys for Defendants Wellpath, LLC; Paul*
    *Francisco, MD; Brandi Coy, ACSW; Amanda*
    *Briseno, LMFT; Adolfo Calanoc, RN; Kristen*
    *Brughelli, RN; Francisca Bobb*

# ORDER

**UPON STIPULATION OF THE PARTIES, AND GOOD CAUSE APPEARING, IT IS ORDERED THAT** this action is voluntarily dismissed against defendants, COUNTY OF MONTEREY and WELLPATH, LLC, with prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

Dated: ___July 23___, 2025          _____
                                     HON. CHARLES R. BREYER
                                     U.S. DISTRICT COURT JUDGE